[No. 40559-4-I.    Division One.    July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ADISA JOSEPH
WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-03625-7, Marilyn R. Sellers, J., entered
March 21, 1997. *Reversed* by unpublished opinion per El-
lington, J., concurred in by Kennedy, C.J., and Appelwick, J.

[No. 41504-2-I.    Division One.    July 19, 1999.]

DEANA FRANCINE KARST, *Appellant*, v. THE CITY OF
SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-26081-1, Philip G. Hubbard, Jr., J.,
entered September 26, 1997. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Becker and Appelwick,
JJ.

[Nos. 42071-2-I; 42097-6-I.    Division One.    July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
FAIRMAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JERALD
MARSHALL, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 97-1-08126-9, 97-1-08125-1, Bobbe J. Bridge,
J., entered January 27 and February 2, 1998. *Affirmed* by
unpublished per curiam opinion.

[No. 42249-9-I.    Division One.    July 19, 1999.]

PAUL SCHWARTZ, *Appellant*, v. MARJORIE ANN LYONAIS, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-29940-7, Jeffrey M. Ramsdell, J., entered
March 3, 1998. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Grosse and Ellington, JJ.